**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

# 13 CR        37

|                                    |     |                          |
| ---------------------------------- | --- | ------------------------ |
| **UNITED STATES OF AMERICA**       | X   | Criminal No.             |
|                                    | X   |                          |
| **vs.**                            | X   | **United States District Court** |
|                                    | X   | **Southern District of Texas** |
| **LAMONT  DEMOND  BONNER**         | X   | **FILED**                |
|                                    | X   | JAN 2 4 2013             |

**David J. Bradley, Clerk of Court**

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

**Conspiracy to Possess with Intent to Distribute a Controlled Substance**

From on or about November 3, 2011 continuing to on or about November 18, 2011, in the Southern District of Texas, within the jurisdiction of the Court, and elsewhere,

## LAMONT  DEMOND  BONNER

defendant, herein, did knowingly and unlawfully, combine, conspire, confederate and agree with another and others, unknown to the Grand Jury, to possess with the intent to distribute a controlled substance.  This violation involved less than five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)( C) and 846.

## COUNT TWO

### Possession with Intent to Distribute a Controlled Substance

On or about November 3, 2011, in the Southern District of Texas, within the jurisdiction of the Court, and elsewhere,

### LAMONT  DEMOND  BONNER

defendant, herein, did knowingly and unknowingly possess with the intent to distribute a controlled substance.  This violation involved less than five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)( C ).

## COUNT THREE

### Possession with Intent to Distribute a Controlled Substance

On or about November 10, 2011, in the Southern District of Texas, within the jurisdiction of the Court, and elsewhere,

## LAMONT  DEMOND  BONNER

defendant, herein, did knowingly and unlawfully possess with the intent to distribute a controlled substance.  This violation involved less than five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)( C ).

3

## COUNT FOUR

### Possession with Intent to Distribute a Controlled Substance

On or about November 18, 2011, in the Southern District of Texas, within the jurisdiction of the Court, and elsewhere,

### LAMONT DEMOND BONNER

defendant, herein, did knowingly and unlawfully possess with the intent to distribute a controlled substance.  This violation involved less than five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)( C ).

4

## COUNT FIVE
### Felon in Possession of a Firearm

On or about January 20, 2012, in the Houston Division of the Southern District of Texas, and elsewhere within the jurisdiction of the Court,

## LAMONT  DEMOND  BONNER

defendant, herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess, in and affecting commerce, a firearm, namely,

- a Smith & Wesson, Model SW9VE, 9mm caliber pistol,

which had been shipped in interstate commerce and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, Sections 924(d)(1), and Title 28, United States Code, Section 2461( C), the United States of America hereby gives notice that the firearms and ammunition involved in or used in the commission of the offense in violation of Title 18, United States Code, Section 922(g)(1), charged in Count Five (5), are subject to forfeiture, including, but not limited to the following:

1. One (1) Smith & Wesson, Model SW9VE, 9mm caliber pistol, serial number; DSW1539; and
2. Two (2) magazines.

A TRUE BILL

Original Signature on File

FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney
Southern District of Texas

By: _____

Kenneth P. Dies
Assistant United States Attorney
TEL: (713) 567-9568
FAX: (713) 718-3301