**COURTROOM MINUTES:**

☐ INITIAL APPEARANCE    ☐ RULE 40 HEARING

☐ DETENTION HEARING    ☑ COUNSEL DETERMINATION HEARING

☐ PRELIMINARY HEARING    ☐ BOND HEARING

☐ HEARING CONTINUED ON

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

**FILED** 1/31/13

THE HONORABLE **MARY MILLOY**, Presiding, Courtroom 701

Case Manager: Cindy Jantowski

ERO: R. Smith

Pretrial Services Officer: D Hernandez

OPEN: 11:00 ADJOURN: 11:03

RECESS FROM: _____ TO: _____

☐ Other District _____
☐ Other Division _____
Case No.

**DAVID BRADLEY, Clerk**

**INTERPRETER REQUIRED:** ☑ No ☐ Yes, Name: _____

Criminal No. 13-37    Defendant No. 1    USDJ _____

UNITED STATES OF AMERICA

vs

*LAMONT DEMOND BONNER*

Ken Dies , AUSA

Counsel for Defendants  Appt - (A), Retd - (R), FPD - (F)

- Date of arrest: _____ or ☐ karsr40
- Deft first appearance. Deft advised of rights/charges ☐ SRT/Probation violator ☐ Pretrial Release Violator
- Deft first appearance with counsel.
- Deft _____ appeared ☐ with ☑ without counsel.
- Requests appointed counsel.
- FINANCIAL AFFIDAVIT executed. ☐ Court orders defendant to pay $_____ to CJA Fund
- Order appointing Federal Public Defender.
- Private Counsel appointed, _____
- Deft advises he/she will retain counsel. He/she retained *John Floyd*
- Bond ☐ set $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured ☐ $_____ Deposit.
- Bond ☐ revoked ☐ reinstated.
- Deft advised of conditions of release.
- Surety signatures required _____, _____
- No bond set at this time, 10 day DETENTION ORDER entered.
- ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- ORDER OF DETENTION PENDING TRIAL entered.
- Court finds ☐ IDENTITY ☐ Probable Cause.
- BOND EXECUTED and defendant released.
- Deft REMANDED to CUSTODY. ☐ Deft ORDERED REMOVED to Originating District.
- WAIVER of ☐ Preliminary ☐ Identity ☐ Detention Hearing ☐ Detention Hearing in this district ☐ State Custody
- Arraignment set _____ ☐ Detention Hearing set _____
- Preliminary set _____ ☑ Counsel Determination Hearing set 2/1/13 Continued @ 10:00
- Identity/Removal Hearing set _____
- Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)