AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 13-CR-037 |
| | ) | |
| LAMONT DEMOND BONNER | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION AND ARRAIGNMENT HEARING

A detention and arraignment hearing in this case are scheduled as follows:

| | | | |
|---|---|---|---|
| Place: | 515 Rusk St.<br>Houston, TX<br>JUDGE MARY MILLOY | Courtroom No.: | 701 |
| | | Date and Time: | 2/5/2013 at 10:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    Feb. 1, 2013

*Judge's signature*

MARY MILLOY, U.S. MAGISTRATE JUDGE

*Printed name and title*